ANCHOR DUCK MILLS *et al. v.* MADDOX *et al.,* commissioners, etc.

GILBERT, J. The former decision by this court merely decided that the petition set out a cause of action. The judgment of the court, to whom the case was submitted without the intervention of a jury, is supported by evidence. *Judgment affirmed. All the Justices concur.*

No. 7872. NOVEMBER 11, 1930. REHEARING DENIED DECEMBER 13, 1930.

*W. E. Watkins,* for plaintiffs.   *J. B. Mallet,* for defendants.